IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| STARWAY RESTAURANTS, LLC., a Washington Limited Liability Corporation,<br>Plaintiff,<br>vs.<br>GLOBAL BUSINESS ENTERPRISE, INC., a Washington corporation; MYKO CORPORATION, a Washington corporation, JAE HONG, an individual, MOON CHUNG, an individual, JW US, INC., a Washington corporation, VARIOUS JOHN DOES 1-5; and UNKNOWN ENTITIES 2-5,<br>Defendants. | Case No. C09-421RSL<br><br>ORDER OF DEFAULT |

THIS MATTER having come on for consideration on the motion of the PLAINTIFF, and the Clerk having reviewed the records and files herein, it is hereby

ORDERED that DEFENDANT JW US, INC. is in default.

DATED this 6th day of NOVEMBER, 2009.

_____

Bruce Rifkin

Clerk, U.S. District Court

ORDER OF DEFAULT - 1